433 A.2d 129

Commonwealth v. Shelton, Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.

Submitted March 21, 1980. John W. Packel, Chief, Appeals Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.